NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS S. MARSHALL,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2010-3128

---

Petition for review of the Merit Systems Protection Board in case no. NY0353100042-I-1.

---

## ON MOTION

---

## ORDER

Douglas S. Marshall moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion granted.

FOR THE COURT

JUL 2 7 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Douglas S. Marshall
     Elizabeth A. Speck, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2010

JAN HORBALY
CLERK